UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUEBECOR WORLD INC.
612 Saint-Jacques Street
Montreal, Quebec  H3C 4M8
CANADA,

                    Plaintiff,

- vs -

GLOBAL MEDIA GROUP, LTD.
400 East 57th Street, Suite 929
New York, NY 10107,

                    Defendant.

**COMPLAINT**

Civil Action No. 1:08-cv-6881(DFE)
ECF CASE

---

Plaintiff Quebecor World Inc., by and through its attorneys Jaeckle Fleischmann & Mugel, LLP, as and for its Complaint against the defendant Global Media Group, Ltd., alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. At all times hereinafter mentioned Plaintiff Quebecor World Inc. ("Quebecor") was, and still is, a corporation formed under the laws of Quebec, Canada.

2. Upon information and belief, at all times hereinafter mentioned, Defendant Global Media Group, Ltd. ("Global Media") was, and still is, a domestic business corporation formed under the laws of the State of New York.

3. This Court has subject matter jurisdiction over this action. Quebecor and Global Media are citizens of different states. The amount in controversy exceeds the sum of

$75,000.00, exclusive of interest and costs. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

4. In addition to all other legal bases for this Court to exercise personal jurisdiction over Global Media in this action, courts within the State in which this District is located have personal jurisdiction over Global Media pursuant to Article 3 of New York State's CPLR.

5. Venue is proper herein based on the location of Global Media's principal place of business and by agreement of the parties.

## FACTS

6. Quebecor is in the business of, among other things, printing commercial media for its customers.

7. At all times relevant herein, Global Media was engaged in the business of publishing, distributing and/or selling a variety of magazines.

8. Beginning in or about March 2002, Global Media contacted Quebecor for the purpose of printing certain magazines and Quebecor agreed to print such magazines for Global Media. In consideration therefor, Global Media agreed to pay Quebecor for the goods provided and services performed by Quebecor in accordance with the terms agreed upon between them.

9. Pursuant to such agreement, Quebecor provided goods to and performed services for Global Media dating from in and around March 2002 to February 2006.

10. Quebecor thereafter sent invoices to Global Media for certain goods provided and services performed by Quebecor dating from on or about December 3, 2003 to November 7,

2005 in the total amount of $1,481,619.06. Copies of the invoices are annexed hereto as **Exhibit "A."**

11. In accordance with the express terms of the parties' agreement, payment of invoices for the goods provided and services performed by Quebecor was due within thirty (30) days from the date of each invoice issued in connection therewith.

12. No amount of the $1,481,619.06 owing to Quebecor from Global Media for the above-described goods provided and services performed by Quebecor has been paid.

### AS AND FOR A FIRST CAUSE OF ACTION

13. Quebecor repeats and realleges the allegations contained in paragraphs 1 through 13 as though fully set forth herein.

14. Global Media agreed to pay Quebecor in accordance with the agreed upon price and under the specified terms in connection with the printing and other goods and services Quebecor rendered to Global Media.

15. Global Media has failed to pay Quebecor for said goods and services, despite demand duly having been made.

16. By reason of the foregoing, Quebecor has been damaged in the amount of $1,481,619.06, with interest thereon.

### AS AND FOR THE SECOND CAUSE OF ACTION

17. Quebecor repeats and realleges the allegations contained in paragraphs 1 through 16 as though more fully set forth herein.

18. Quebecor sent invoices to Global Media detailing the services rendered and goods provided and the amount owing from Global Media to Quebecor therefor, which invoices were retained and accepted by Global Media without objection.

19. As a result of the foregoing, an account was stated between Quebecor and Global Media and Global Media is otherwise estopped from raising any disputes as to the invoices sent by Quebecor.

20. By reason of the foregoing, Quebecor has been damaged in the amount of $1,481,619.06, with interest thereon.

## AS AND FOR A THIRD CAUSE OF ACTION

21. Quebecor repeats and realleges the allegations contained in paragraphs 1 through 20 above as though fully set forth herein.

22. The reasonable value of the services rendered and goods provided by Quebecor to Global Media is $1,481,619.06.

23. The services rendered and the goods provided by Quebecor at the behest of Global Media were provided under circumstances which reasonably gave rise to an obligation by Global Media to pay for the same, and Global Media has been unjustly enriched to the detriment of Quebecor by virtue of its failure to do so.

24. By reason of the foregoing, Quebecor has been damaged in the amount of $1,481,619.06, with interest thereon.

WHEREFORE, Plaintiff Quebecor World Inc. demands judgment against Defendant Global Media Group, Ltd. as follows :

(a)   On its first cause of action, in the amount of $1,481,619.06 with interest thereon;

(b)   On its second cause of action, in the amount of $1,481,619.06 with interest thereon;

(c)   On its third cause of action, in the amount of $1,481,619.06 with interest thereon;

(d)   For its attorneys' fees;

(e)   For costs and disbursements of this action; and

(f)   For such other, further and different relief as the Court may deem just and proper.

Dated:   Buffalo, New York
         July 30, 2008

JAECKLE FLEISCHMANN & MUGEL, LLP

By: _____
    Mitchell J. Banas, Jr., Esq. (MB-0397)
    Joseph W. Allen, Esq. (JA-4311)
*Attorneys for Plaintiff Quebecor World Inc.*
12 Fountain Plaza
Buffalo, New York  14202-2292
(716) 856-0600
mbanas@jaeckle.com
jallen@jaeckle.com

849872v2s

```
AR251  Date 08/10/07      Company 4101 CANADA AR/AP              CAD                                          Page    1
       Time 10:37                      Company Aging Report              Aging As Of: 05/01/06
       ********************************************************************************************************************
       Currency  USD
       ********************************************************************************************************************
 Customer   Name                                 Terms         I.P.A.
 29372      GLOBAL MEDIA GROUP                   001           0.00      Sales Rep: 4279

                                     As Of Total
                                     1,484,802.74
                                           ------------------- D a y s   P a s t   D u e   D a t e ------------------
Transaction   P F Due date   Future       Current       1 - 30      31 - 60     61 - 90     91 - 120     Over-120
-----------   - - --------   ------       -------       ------      -------     -------     --------     --------
C 4033037729  F   10/02/05   0.00         0.00          0.00        0.00        0.00        0.00         104.44-
C 4033038767  F   12/04/05   0.00         0.00          0.00        0.00        0.00        0.00         1043.00
C 4033039690  F   01/29/06   0.00         0.00          0.00        0.00        0.00        16430.84-     0.00
C 4033039721  F   01/29/06   0.00         0.00          0.00        0.00        0.00        16374.73      0.00
I 4033026563 *    06/28/03   0.00         0.00          0.00        0.00        0.00        0.00         0.00
I 4033026564 *    06/28/03   0.00         0.00          0.00        0.00        0.00        0.00         6461.41
I 4033026747 *    07/13/03   0.00         0.00          0.00        0.00        0.00        0.00         455.65
I 4033026748 *    07/13/03   0.00         0.00          0.00        0.00        0.00        0.00         4544.69
I 4033027007 *    07/25/03   0.00         0.00          0.00        0.00        0.00        0.00         8338.23
I 4033027187 *    08/13/03   0.00         0.00          0.00        0.00        0.00        0.00         5008.00
I 4033027190 F    08/13/03   0.00         0.00          0.00        0.00        0.00        0.00         16150.02
I 4033028621 *    11/28/03   0.00         0.00          0.00        0.00        0.00        0.00         32235.00
I 4033028940 F    12/17/03   0.00         0.00          0.00        0.00        0.00        0.00         12034.97
I 4033028941 F    12/17/03   0.00         0.00          0.00        0.00        0.00        0.00         44221.00
I 4033028942 F    12/17/03   0.00         0.00          0.00        0.00        0.00        0.00         12681.00
I 4033029064 F    12/24/03   0.00         0.00          0.00        0.00        0.00        0.00         21652.00
I 4033029255 F    12/28/03   0.00         0.00          0.00        0.00        0.00        0.00         3754.00
I 4033029316 F    01/07/04   0.00         0.00          0.00        0.00        0.00        0.00         43939.85
I 4033029333 F    01/08/04   0.00         0.00          0.00        0.00        0.00        0.00         29407.10
I 4033029526 F    01/21/04   0.00         0.00          0.00        0.00        0.00        0.00         15152.54
I 4033029610 F    01/21/04   0.00         0.00          0.00        0.00        0.00        0.00         5276.70
I 4033029611 F    01/22/04   0.00         0.00          0.00        0.00        0.00        0.00         7559.00
I 4033029814 F    02/19/04   0.00         0.00          0.00        0.00        0.00        0.00         12396.86
I 4033030048 F    02/29/04   0.00         0.00          0.00        0.00        0.00        0.00         32233.00
I 4033030079 F    03/06/04   0.00         0.00          0.00        0.00        0.00        0.00         27990.00
I 4033030080 F    03/06/04   0.00         0.00          0.00        0.00        0.00        0.00         17428.00
I 4033030081 F    03/06/04   0.00         0.00          0.00        0.00        0.00        0.00         3156.00
I 4033030209 F    03/19/04   0.00         0.00          0.00        0.00        0.00        0.00         23357.03
I 4033030210 F    03/19/04   0.00         0.00          0.00        0.00        0.00        0.00         31797.00
I 4033030518 F    04/09/04   0.00         0.00          0.00        0.00        0.00        0.00         16486.95
I 4033030573 F    04/14/04   0.00         0.00          0.00        0.00        0.00        0.00         17389.00
I 4033030675 F    04/22/04   0.00         0.00          0.00        0.00        0.00        0.00         33348.79
I 4033030778 F    04/25/04   0.00         0.00          0.00        0.00        0.00        0.00         5014.32
I 4033030846 F    05/12/04   0.00         0.00          0.00        0.00        0.00        0.00         4933.7
I 4033030951 F    05/12/04   0.00         0.00          0.00        0.00        0.00        0.00         7151.0
I 4033030968 F    05/20/04   0.00         0.00          0.00        0.00        0.00        0.00         17944.0
I 4033031244 F    05/30/04   0.00
I 4033031245 F    05/30/04   0.00
I 4033031366 F    06/13/04   0.00
I 4033031409 F    06/17/04   0.00
I 4033031481 F    06/20/04   0.00
```

```
AR251  Date  08/10/07                    Company  4101  CANADA AR/AP              CAD                                  Page    2
       Time  10:37                                       Company Aging Report      Aging As Of: 05/01/06
****************************************************************************************************************************
                Currency   USD
****************************************************************************************************************************
  Customer   Name                                As Of Total       Terms        I.P.A.
  29372      GLOBAL MEDIA GROUP                 1,484,802.74        001        Cur Ytd:       0.00  Sales Rep: 4272
                                                                             D a y s    P a s t    D u e   D a t e
Transaction     P F  Due date    Future       Current      1 - 30       31 - 60       61 - 90      91 -120      Over-120
-----------     ----  --------   --------    ---------    ---------    ---------    ---------    ---------    ---------
I 4033031641    * F  06/27/04      0.00         0.00         0.00         0.00         0.00         0.00       48735.17
I 4033031807    * F  07/10/04      0.00         0.00         0.00         0.00         0.00         0.00        5926.02
I 4033032028    * F  07/25/04      0.00         0.00         0.00         0.00         0.00         0.00       34354.02
I 4033032029    * F  07/25/04      0.00         0.00         0.00         0.00         0.00         0.00       18086.03
I 4033032278    * F  08/25/04      0.00         0.00         0.00         0.00         0.00         0.00       57785.8
I 4033032321    * F  08/28/04      0.00         0.00         0.00         0.00         0.00         0.00        3445
I 4033032361    * F  08/29/04      0.00         0.00         0.00         0.00         0.00         0.00       19928.86
I 4033032363    * F  08/29/04      0.00         0.00         0.00         0.00         0.00         0.00       35338.9
I 4033032471    * F  09/16/04      0.00         0.00         0.00         0.00         0.00         0.00        7724.3
I 4033032472    * F  09/16/04      0.00         0.00         0.00         0.00         0.00         0.00       17521.95
I 4033032545    * F  09/23/04      0.00         0.00         0.00         0.00         0.00         0.00        5654.59
I 4033032708    * F  10/03/04      0.00         0.00         0.00         0.00         0.00         0.00       37364.56
I 4033032750    * F  10/07/04      0.00         0.00         0.00         0.00         0.00         0.00       19871.98
I 4033032837    * F  10/15/04      0.00         0.00         0.00         0.00         0.00         0.00       50051
I 4033032925    * F  10/23/04      0.00         0.00         0.00         0.00         0.00         0.00        4905
I 4033033100    * F  10/31/04      0.00         0.00         0.00         0.00         0.00         0.00       65743.7
I 4033033175    * F  11/07/04      0.00         0.00         0.00         0.00         0.00         0.00       17323
I 4033033231    * F  11/13/04      0.00         0.00         0.00         0.00         0.00         0.00       17721.8
I 4033033436    * F  11/27/04      0.00         0.00         0.00         0.00         0.00         0.00       64872.7
I 4033033488    * F  11/28/04      0.00         0.00         0.00         0.00         0.00         0.00        3043
I 4033033525    * F  12/05/04      0.00         0.00         0.00         0.00         0.00         0.00        6326.3
I 4033033526    * F  12/05/04      0.00         0.00         0.00         0.00         0.00         0.00        4665.0
I 4033033775    * F  12/25/04      0.00         0.00         0.00         0.00         0.00         0.00       16447.27
I 4033033812    * F  12/26/04      0.00         0.00         0.00         0.00         0.00         0.00       15784.41
I 4033033944    * F  01/08/05      0.00         0.00         0.00         0.00         0.00         0.00       33908.80
I 4033034078    * F  01/15/05      0.00         0.00         0.00         0.00         0.00         0.00        8289
I 4033034181    * F  01/21/05      0.00         0.00         0.00         0.00         0.00         0.00       15836
I 4033034328    * F  02/11/05      0.00         0.00         0.00         0.00         0.00         0.00       45034.1
I 4033034441    * F  02/19/05      0.00         0.00         0.00         0.00         0.00         0.00       36709
I 4033034530    * F  02/26/05      0.00         0.00         0.00         0.00         0.00         0.00       35630.7
I 4033034531    * F  02/26/05      0.00         0.00         0.00         0.00         0.00         0.00       15562.5
I 4033034727    * F  03/13/05      0.00         0.00         0.00         0.00         0.00         0.00       67797.6
I 4033034741    * F  03/13/05      0.00         0.00         0.00         0.00         0.00         0.00       16017
I 4033034871    * F  03/24/05      0.00         0.00         0.00         0.00         0.00         0.00        5820
I 4033034928    * F  03/31/05      0.00         0.00         0.00         0.00         0.00         0.00       36264.8
I 4033035008    * F  04/03/05      0.00         0.00         0.00         0.00         0.00         0.00       14184.5
I 4033035070    * F  04/09/05      0.00         0.00         0.00         0.00         0.00         0.00       43886.75
I 4033035349    * F  05/01/05      0.00         0.00         0.00         0.00         0.00         0.00       37128.47
I 4033035493    * F  05/26/05      0.00         0.00         0.00         0.00         0.00         0.00       13465.6
I 4033035494    * F  05/26/05      0.00         0.00         0.00         0.00         0.00         0.00       35093
I 4033035495    * F  05/26/05      0.00         0.00         0.00         0.00         0.00         0.00       45683
```

```
AR251  Date 08/10/07        Company 4101 CANADA AR/AP            CAD                                    Page    3
       Time 10:37                    Company Aging Report                Aging As Of: 05/01/06
***************************************************************************************************************
  Currency  USD
***************************************************************************************************************
  Customer   Name                        As Of Total       Terms       I.P.A.
  29372      GLOBAL MEDIA GROUP          1,484,802.74      001         Cur Ytd:      0.00    Sales Rep:  4279

                                                        D a y s   P a s t   D u e   D a t e
 Transaction   P F Due date    Future       Current       1 - 30      31 - 60     61 - 90     91 -120    Over-120
 ------------- - - --------    --------     --------      --------    --------    --------    --------   --------
 4033035496    I * F 05/26/05     0.00          0.00          0.00        0.00        0.00        0.00    14071.69
 4033035828    I * F 06/04/05     0.00          0.00          0.00        0.00        0.00        0.00    30806.87
 4033035829    I * F 06/04/05     0.00          0.00          0.00        0.00        0.00        0.00     4684.77
 4033036369    I * F 07/03/05     0.00          0.00          0.00        0.00        0.00        0.00    14083.36
 4033036505    I * F 07/21/05     0.00          0.00          0.00        0.00        0.00        0.00     4225.79
 4033036506    I * F 07/21/05     0.00          0.00          0.00        0.00        0.00        0.00    15523.08
 4033036507    I * F 07/21/05     0.00          0.00          0.00        0.00        0.00        0.00    29084.80
 4033036723    I * F 07/30/05     0.00          0.00          0.00        0.00        0.00        0.00     5060.00
 4033036874    I * F 08/11/05     0.00          0.00          0.00        0.00        0.00        0.00    13693.96
 4033036955    I * F 08/14/05     0.00          0.00          0.00        0.00        0.00        0.00     3766.96
 4033036974    I * F 08/18/05     0.00          0.00          0.00        0.00        0.00        0.00    29707.93
 4033037282    I * F 09/04/05     0.00          0.00          0.00        0.00        0.00        0.00    15022.75
 4033037283    I * F 09/04/05     0.00          0.00          0.00        0.00        0.00        0.00     4890.03
 4033037392    I * F 09/17/05     0.00          0.00          0.00        0.00        0.00        0.00    13923.09
 4033037393    I * F 09/17/05     0.00          0.00          0.00        0.00        0.00        0.00    23490.39
 4033037571    I * F 10/02/05     0.00          0.00          0.00        0.00        0.00        0.00     6160.00
 4033037695    I * F 10/02/05     0.00          0.00          0.00        0.00        0.00        0.00     3989.00
 4033038197    I * F 10/30/05     0.00          0.00          0.00        0.00        0.00        0.00    15003.00
 4033038268    I * F 11/06/05     0.00          0.00          0.00        0.00        0.00        0.00     2534.10
 4033038433    I * F 11/19/05     0.00          0.00          0.00        0.00        0.00        0.00    13294.42
 4033038434    I * F 11/19/05     0.00          0.00          0.00        0.00        0.00        0.00    23766.41
 4033038740    I * F 12/03/05     0.00          0.00          0.00        0.00        0.00        0.00     4109.16
 4033038854    I * F 12/10/05     0.00          0.00          0.00        0.00        0.00        0.00     9057.29
 4033038963    I * F 12/15/05     0.00          0.00          0.00        0.00        0.00        0.00    21047.31
 4033039348    I * F 01/11/06     0.00          0.00          0.00        0.00        0.00     2148.95        0.00
 4033039672    I * F 01/29/06     0.00          0.00          0.00        0.00        0.00    16430.84        0.00
 4033039715    I * F 01/29/06     0.00          0.00          0.00        0.00        0.00    16374.73        0.00
 4033039727    I * F 02/05/06     0.00          0.00          0.00        0.00     1034.73        0.00        0.00

Customer Totals:                  0.00          0.00          0.00        0.00     1,034.73    2,148.95  1,481,619.69
                                Future       Current       1 - 30      31 - 60     61 - 90     91 -120    Over-120

Currency Totals:
       1,484,802.74               0.00          0.00          0.00        0.00     1,034.73    2,148.95  1,481,619.69
                                  0.00 %       0.00 %        0.00 %      0.00 %      .07 %       .14 %     99.79 %

*** Report Completed ***
```