UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Quebecor World Inc.

Plaintiff,

-v-

Global Media Group, Ltd.

Defendant.

---

Case No. 1:08-cv-6881(DFE)
ECF CASE

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Quebecor World Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

4032667 Canada Inc. is the parent corporation.

Quebecor Inc. owns more than 10% of Quebecor World Inc.

**Date:** July 30, 2008

**Signature of Attorney**

**Attorney Bar Code:** JA-4311

Form Rule7_1.pdf  SDNY Web 10/2007